## Simone Bledsoe

| | |
|---|---|
| **From:** | Mark Coates |
| **Sent:** | Tuesday, March 3, 2020 8:50 AM |
| **To:** | Simone Bledsoe |
| **Subject:** | FW: Activity in Case 1:16-cv-02193-EGS MARTINEZ et al v. ISLAMIC REPUBLIC OF IRAN Order |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Case: 1:20-cv-00622 JURY DEMAND**
**Assigned To : Sullivan, Emmet G.**
**Assign. Date : 3/2/2020**
**Description: Personal Injury (B-DECK)**

FYI

From: DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
Sent: Monday, March 2, 2020 4:46 PM
To: ECFMail DCD <DCD_ECFNotice@dcd.uscourts.gov>
Subject: Activity in Case 1:16-cv-02193-EGS MARTINEZ et al v. ISLAMIC REPUBLIC OF IRAN Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 3/2/2020 at 4:45 PM EDT and filed on 3/2/2020
**Case Name:**      MARTINEZ et al v. ISLAMIC REPUBLIC OF IRAN
**Case Number:**    1:16-cv-02193-EGS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. In view of [52] Order granting [49] motion to clarify, the Clerk of Court is directed to open a new case number for [48] Second Amended Complaint against Islamic Republic of Iran with Jury Demand filed by all Plaintiffs represented by John Driscoll. All filings related to [48] Second Amended Complaint shall be filed in the new case number. Signed by Judge Emmet G. Sullivan on 3/2/2020. (lcegs1)**

1:16-cv-02193-EGS Notice has been electronically mailed to: