## IED Report Theater: ROAR

| Classification: | ~~SECRET~~ | Releasability: | ~~NOFORN~~ |
|---|---|---|---|
| Tracking Number: | IED-2005-208-152405-0909 | MGRS: | 38SMC4236000820 |
| Call Sign: | *** Auto Generated *** | Secondary Safe Area MGRS: | Not Reported |
| Primary Safe Area MGRS: | Not Reported | | |

| Coalition | | Civilian | | Host Nation | |
|---|---|---|---|---|---|
| KIA | WIA | KIA | WIA | KIA | WIA |
| 0 | 0 | 0 | 0 | 0 | 0 |

### Equipment Used

| Equipment Used Type: | Not Reported | Equipment Used Name: | Not Reported |
|---|---|---|---|

### Releasable Data

| Classification: | UNCLASSIFIED | Releasability: | ~~FOR OFFICIAL USE ONLY~~ |
|---|---|---|---|
| Reporting Unit (EOD): | MND-B | Date Discovered DTG (Zulu): | 27 Jul 2005 10:00 |
| Event Type: | Explosion | | |

### Team Data

| Service Affiliation: | Not Reported | | |
|---|---|---|---|
| EOD Notification DTG (Zulu): | Not Reported | | |
| EOD FOB Departure DTG (Zulu): | Not Reported | EOD Scene Arrival DTG (Zulu): | Not Reported |
| EOD Scene Departure DTG (Zulu): | Not Reported | EOD Mission Complete DTG (Zulu): | Not Reported |

### Site Data

| Site Marked: | None Selected |
|---|---|
| Marking Details: | N/A |
| Civilian Activity: | None Selected |
| Reference Point: | None Selected |
| Aiming Point Details: | N/A |
| Firing Point Details: | Not Provided |
| Firing Point MGRS: | Not Reported |
| Light Conditions: | None Selected |
| Weather: | None Selected |
| Route Patrol: | None Selected |
| Last Time Route Cleared (Zulu): | N/A |

APPROVED FOR RELEASE

| | | | |
|---|---|---|---|
| **Analysis:** | | N/A | |

## Devices

### Device 1

| | | | |
|---|---|---|---|
| **Placement:** | Not Reported | **Location:** | None Selected |
| **Container:** | Not Reported | **Container Sub-Type:** | Not Reported |
| **How Device Was Found:** | Not Reported | **Who Found Device:** | Other |
| **Explosive Effect:** | Not reported | **Action Taken:** | Not Reported |
| **Main Charge Configuration:** | Not reported | | |

**Casualties:** Yes  **Suicide Device:** No  **First Responder Targeted:** No  **Post Blast:** No  **Partial Build:** No

#### Releasable Device Information

| | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~FOR OFFICIAL USE ONLY~~ |
| **Device Description:** | | Not provided | |
| **MGRS:** | 38SMC4236000820 | | |

**Targets**

**Initiators**

**Munitions**

**Render Safe**

APPROVED FOR RELEASE

## SIGACT Report Theater: ROAR

**** SIGACT CLOSED ****

| | |
|---|---|
| Title: | IED ATTK ON 411 MP IN BAGHDAD (ZONE 83E): 2 CF KIA, 1 CF WIA/M1114 DESTROYED |
| Tracking Number: | 2005-208-152405-0909 |
| Report Precedence: | ROUTINE |
| Classification: | (redacted) |
| Releasability: | (redacted) |
| Reporting Unit Name: | MND-B |
| Report Source: | Coalition |
| Report URL: | http://cidneconus.centcom.smil.mil/LiteReportView.cfm?module=operations&reporttype=SIGACT&reportkey=5D4A12C6-1F74-4E48-8628-1D9CC0BC1C50 |

### SPOT Report

| | | | |
|---|---|---|---|
| Unit Name Involved: | Not provided | Call Sign: | Not Reported |
| Type Of Involved Unit: | None Selected | Involved Unit Activity: | NONE SELECTED |
| Incident Reported By: | Not Reported | Battlespace Lead: | Not Reported |
| Tip Reported By: | Not Reported | | |
| DTG Of Incident (Zulu Time): | 2005-07-27 14:00 | DTG Updated (Zulu Time): | 2005-07-27 11:27 |

### Location

(redacted)

| | | | |
|---|---|---|---|
| MGRS: | 38SMC4236000820 | | ☐ Coords Unknown |
| AOR: | Not Reported | Province: | Baghdad |
| Region: | Not Reported | District: | Not Reported |
| Country: | IRAQ | City: | Baghdad |
| | | Village: | Not Reported |

### Events

(redacted)

| | | | |
|---|---|---|---|
| Environment Type: | Not Reported | | |
| Event Type: | Explosive Hazard | Modes Of Attack: | Improvised Explosive Device (IED) |
| Event Category: | IED Explosion | | |
| Primary: | Yes | | |
| Actions Taken: | Not Reported | Suicide?: | No |
| | | How Device Was Found: | |

| Coordinated Attack: | No | Complex Attack: | No | Counter Attack: | No | MEDEVAC Requested: | No |
|---|---|---|---|---|---|---|---|

### Associated Organizations

### SIGACT Summary

Summary: (redacted) AT 1400D, 411 MP CO STRUCK AN IED ON ASR DOVER RESULTING IN

APPROVED FOR RELEASE

2 US KIA, 1 US WIA (SI WITH SUCKING CHEST WOUND). 3-3 AVN CASEVECED THE 1 US WIA TO THE 86TH CSH. 720 MP SENT 2 PATROLS TO INVESTIGATE. E/1/2/6 IAD IS ON SITE AND REPORTS A M1114 IS ON FIRE. FIREFIGHTERS WILL BE SENT TO PUT OUT THE FIRE

| Enemy | | | Blue Forces | | | CIV-NGO-ASG | | | Host Nation | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| KIA | WIA | DET | KIA | WIA | ABD | KIA | WIA | ABD | KIA | WIA | ABD |
| 0 | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Requirements

### Capture Details

### Casualty Details

### Target(s) of Attack

| | | | |
| --- | --- | --- | --- |
| **Precedence:** | Primary | **Affiliation:** | Coalition |
| **Type:** | Military | **Details:** | Patrol |
| **Nationality:** | None Selected | **Sect:** | Not Reported |
| | | **Status:** | Not Reported |
| **Description:** | | Not Provided | |

| | | | |
| --- | --- | --- | --- |
| **Precedence:** | Primary | **Affiliation:** | Coalition |
| **Type:** | Military | **Details:** | Patrol |
| **Nationality:** | None Selected | **Sect:** | Not Reported |
| | | **Status:** | Not Reported |
| **Description:** | | Not Provided | |

### DRUGREP Details

[Show]

### Evidence Report Details

APPROVED FOR RELEASE

Report Source: CIDNE by

## IED Report Theater: ROAR

| | | | |
|---|---|---|---|
| **Classification:** | ~~REDACTED~~ | **Releasability:** | ~~REDACTED~~ |
| **Tracking Number:** | IED-2005-208-152405-0909 | **MGRS:** | 38SMC4236000820 |
| **Call Sign:** | *** Auto Generated *** | **Secondary Safe Area MGRS:** | Not Reported |
| **Primary Safe Area MGRS:** | Not Reported | | |

| Coalition | | Civilian | | Host Nation | |
|---|---|---|---|---|---|
| KIA | WIA | KIA | WIA | KIA | WIA |
| 0 | 0 | 0 | 0 | 0 | 0 |

### Equipment Used

| | | | |
|---|---|---|---|
| **Equipment Used Type:** | Not Reported | **Equipment Used Name:** | Not Reported |

### Releasable Data

| | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~REDACTED~~ |
| **Reporting Unit (EOD):** | MND-B | **Date Discovered DTG (Zulu):** | 27 Jul 2005 10:00 |
| **Event Type:** | Explosion | | |

*APPROVED FOR RELEASE*

### Team Data

| | | | |
|---|---|---|---|
| **Service Affiliation:** | Not Reported | | |
| **EOD Notification DTG (Zulu):** | Not Reported | | |
| **EOD FOB Departure DTG (Zulu):** | Not Reported | **EOD Scene Arrival DTG (Zulu):** | Not Reported |
| **EOD Scene Departure DTG (Zulu):** | Not Reported | **EOD Mission Complete DTG (Zulu):** | Not Reported |

### Site Data

| | |
|---|---|
| **Site Marked:** | None Selected |
| **Marking Details:** | N/A |
| **Civilian Activity:** | None Selected |
| **Reference Point:** | None Selected |
| **Aiming Point Details:** | N/A |
| **Firing Point Details:** | Not Provided |
| **Firing Point MGRS:** | Not Reported |
| **Light Conditions:** | None Selected |
| **Weather:** | None Selected |
| **Route Patrol:** | None Selected |
| **Last Time Route Cleared (Zulu):** | N/A |

USCENTCOM FOIA# 18-0013  John Tollefson (Bates# 1047-1054)

1051 2/26/19

|  |  |
|---|---|
| **Analysis:** | N/A |

### Devices

#### Device 1

| | | | |
|---|---|---|---|
| **Placement:** | Not Reported | **Location:** | None Selected |
| **Container:** | Not Reported | **Container Sub-Type:** | Not Reported |
| **How Device Was Found:** | Not Reported | **Who Found Device:** | Other |
| **Explosive Effect:** | Not reported | **Action Taken:** | Not Reported |
| **Main Charge Configuration:** | Not reported | | |

**Casualties:** Yes  **Suicide Device:** No  **First Responder Targeted:** No  **Post Blast:** No  **Partial Build:** No

##### Releasable Device Information

| | | | |
|---|---|---|---|
| **Classification:** | UNCLASSIFIED | **Releasability:** | ~~FOR OFFICIAL USE ONLY~~ |
| **Device Description:** | | Not provided | |
| **MGRS:** | 38SMC4236000820 | | |

### Targets

### Initiators

### Munitions

### Render Safe

APPROVED FOR RELEASE

## SIGACT Report Theater: ROAR

**** SIGACT CLOSED ****

| | |
|---|---|
| **Title:** | IED ATTK ON 411 MP IN BAGHDAD (ZONE 83E): 2 CF KIA, 1 CF WIA/M1114 DESTROYED |
| **Tracking Number:** | 2005-208-152405-0909 |
| **Report Precedence:** | ROUTINE |
| **Classification:** | SECRET |
| **Releasability:** | (redacted) |
| **Reporting Unit Name:** | MND-B |
| **Report Source:** | Coalition |
| **Report URL:** | http://cidneconus.centcom.smil.mil/LiteReportView.cfm?module=operations&reporttype=SIGACT&reportkey=5D4A12C6-1F74-4E48-8628-1D9CC0BC1C50 |

### SPOT Report

| | | | |
|---|---|---|---|
| **Unit Name Involved:** | Not provided | **Call Sign:** | Not Reported |
| **Type Of Involved Unit:** | None Selected | **Involved Unit Activity:** | NONE SELECTED |
| **Incident Reported By:** | Not Reported | **Battlespace Lead:** | Not Reported |
| **Tip Reported By:** | Not Reported | | |
| **DTG Of Incident (Zulu Time):** | 2005-07-27 14:00 | **DTG Updated (Zulu Time):** | 2005-07-27 11:27 |

### Location

(redacted)

| | | | |
|---|---|---|---|
| **MGRS:** | 38SMC4236000820 | | ☐ Coords Unknown |
| **AOR:** | Not Reported | **Province:** | Baghdad |
| **Region:** | Not Reported | **District:** | Not Reported |
| **Country:** | IRAQ | **City:** | Baghdad |
| | | **Village:** | Not Reported |

### Events

(redacted)

| | | | |
|---|---|---|---|
| **Environment Type:** | Not Reported | | |
| **Event Type:** | Explosive Hazard | **Modes Of Attack:** | Improvised Explosive Device (IED) |
| **Event Category:** | IED Explosion | | |
| **Primary:** | Yes | | |
| **Actions Taken:** | Not Reported | **Suicide?:** | No |
| | | **How Device Was Found:** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Coordinated Attack:** | No | **Complex Attack:** | No | **Counter Attack:** | No | **MEDEVAC Requested:** | No |

### Associated Organizations

### SIGACT Summary

**Summary:** (redacted) AT 1400D, 411 MP CO STRUCK AN IED ON ASR DOVER RESULTING IN

"APPROVED FOR RELEASE"

2 US KIA, 1 US WIA (SI WITH SUCKING CHEST WOUND). 3-3 AVN CASEVECED THE 1 US WIA TO THE 86TH CSH. 720 MP SENT 2 PATROLS TO INVESTIGATE. E/1/2/6 IAD IS ON SITE AND REPORTS A M1114 IS ON FIRE. FIREFIGHTERS WILL BE SENT TO PUT OUT THE FIRE

| Enemy | | | Blue Forces | | | CIV-NGO-ASG | | | Host Nation | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KIA | WIA | DET | KIA | WIA | ABD | KIA | WIA | ABD | KIA | WIA | ABD |
| 0 | 0 | 0 | 4 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Requirements

### Capture Details

### Casualty Details

### Target(s) of Attack

| | | | |
|---|---|---|---|
| **Precedence:** | Primary | **Affiliation:** | Coalition |
| **Type:** | Military | **Details:** | Patrol |
| **Nationality:** | None Selected | **Sect:** | Not Reported |
| | | **Status:** | Not Reported |
| **Description:** | | | Not Provided |

| | | | |
|---|---|---|---|
| **Precedence:** | Primary | **Affiliation:** | Coalition |
| **Type:** | Military | **Details:** | Patrol |
| **Nationality:** | None Selected | **Sect:** | Not Reported |
| | | **Status:** | Not Reported |
| **Description:** | | | Not Provided |

### DRUGREP Details

[Show]

### Evidence Report Details

APPROVED FOR RELEASE