UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALL PLAINTIFFS REPRESENTED BY JOHN DRISCOLL,<br><br>Plaintiffs,<br><br>v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | No. 20-cv-622-EGS-ZMF |

## ORDER

The Court issues this order to resolve outstanding motions. In accordance with Federal Rule of Evidence 201 governing judicial notice of adjudicative facts, it is hereby

**ORDERED** that Plaintiffs' Third Motion for the Court to Take Judicial Notice of Facts Previously Litigated in This District and Not Subject to Reasonable Dispute, *see* ECF No. 18, is GRANTED.

Date: September 30, 2022

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

1