UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ALL PLAINTIFFS REPRESENTED
BY JOHN DRISCOLL,

            Plaintiffs,
                                    Civ. Action No. 20-622
v.                                  (EGS/ZMF)

ISLAMIC REPUBLIC OF IRAN,

            Defendant.
```

**ORDER**

On October 5, 2021, the Court referred this case to Magistrate Judge Zia Faruqui for full case management up to and excluding trial, including, with respect to any dispositive motions, the preparation of a report and recommendation pursuant to Local Civil Rule 72.3.

Prior to the referral, Plaintiffs had moved for default judgment as to liability. *See* ECF No. 19. On June 27, 2023, Magistrate Judge Faruqui issued a Report and Recommendation recommending that Plaintiffs' Motion for Default Judgment as to Liability be granted. *See* ECF No. 41. The Court has carefully reviewed the Report and Recommendation and, having received no objections to the Report and Recommendation pursuant to Local Civil Rule 72.3(b), accepts the findings and **ADOPTS** the recommendation of Magistrate Judge Faruqui contained in the Report and Recommendation.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment as to Liability, ECF No. 19, is **GRANTED**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**United States District Judge**
**July 13, 2023**