**CURRICULUM VITAE**                    **FRANCIS XAVIER MCGUIGAN, M.D.**

**PERSONAL DATA**

Academic Position

Professor of Orthopaedic Surgery
Georgetown University Medical School
Washington, D.C. 20007
January 2009-

Staff Orthopaedic Surgeon
Medstar Georgetown University Hospital
Washington, DC 20007
September 2006-November 2020

Assistant Orthopaedic Residency Director
Georgetown University Medical School
Washington, D.C. 20007
January 2006-2011

Affiliate Director
Sports Medicine and Interventional Pain Fellowship
MedStar National Rehabilitation Hospital
102 Irving Street, NW
Washington, DC 20007
August 2012-19

Instructor
MedStar Washington Hospital Center Podiatric Residency
MedStar National Rehabilitation Hospital
102 Irving Street, NW
Washington, DC 20007
March 2012-2014

Staff Orthopaedic Surgeon
National Institute of Health
Mark O. Hatfield Clinical Research Center
Bethesda, MD 20892-1604

Associate Professor of Orthopaedic Surgery
Assistant Residency Director
Georgetown University Medical School
Washington, D.C. 20007
November 2006-January 2009

Research Coordinator
Orthopaedic Pathology Department
Armed Forces Institute of Pathology
6825 Sixteenth Street N.W.
Washington, D.C. 20306
September 2001-September 2006

Associate Professor of Surgery
Uniformed Services University of the Health Sciences
Bethesda, MD 20815
September 2002 - September 2006

**CONTACT INFORMATION**

E-mail:  f6x5m7@gmail.com
Cell:     (301) 367-1348
Mailing Address: 3633 Fulton St NW
                            Washington, DC 20007

**EDUCATION**

Fellowships

Foot & Ankle Surgery
Union Memorial Hospital
Baltimore, MD
January 1997 - July 1997

Fellowships

Adult Reconstructive Surgery
Thomas Jefferson University
Rothman Institute
800 Spruce Street
Philadelphia, PA  19107
September 1993 - September 1994

Residency

Department of Orthopaedic Surgery
Oakland Naval Hospital
Oakland, CA  94627-5000
August 1989 - August 1993

Internship

General Surgery
Oakland Naval Hospital
Oakland, CA  94627-5000
July 1986 - June 1987

Medical School

Georgetown University
Washington, D.C.
August 1982 - May 1986

Undergraduate

University of Virginia
Charlottesville, VA
 August 1978 - December 1981

**PRACTICE EXPERIENCE**

Department of Orthopaedic Surgery
National Naval Medical Center
8901 Wisconsin Avenue
Bethesda, Maryland 20889-5600
September 1994 – September 2006

Research Coordinator
Orthopaedic Pathology Department
Armed Forces Institute of Pathology
6825 Sixteenth Street N.W.
Washington, D.C. 20306
September 2001-September 2006

Medical Officer
Destroyer Squadron Fifteen
Yokosuka, Japan
August 1987 - August 1

**MILITARY SERVICE**     Commander
Medical Corps, USN (ret)
Active Duty: 1986 to 2006

**LICENSURE**

| | |
|---|---|
| Maryland | D0056267 |
| Virginia | 0101226157 |
| California | AO48649 |
| Pennsylvania | MI032792T |
| District of Columbia | MD035881 |

**QUALIFICATIONS**     American Board of Orthopaedic Surgery, Certified through 2016

Advanced Trauma Life Support Instructor

AO (Arbeitsgemeinschaft für **O**steosynthesefragen)
Trauma Instructor

Advanced Wilderness Life Support Certified

**HONORS**

| | |
|---|---|
| American Foot and Ankle Surgeons Overseas Fellow to Viet Nam | 2008 |
| Procalcitonin and Cytokine Expression Correlates with Wound Dehiscence in Wartime Extremity Injuries. Winner, Washington Orthopaedic Society Resident Research Competition Winner, NNMC Resident Research Competition | 2007 |
| Staff Research Award, National Naval Medical Center | 2002, 2003 |
| Fellow Research Award, Thomas Jefferson University | 1994 |
| Resident Research Award, Naval Hospital Oakland | 1993 |
| Best Teaching House staff, Naval Hospital Oakland | 1992 |
| Suma Cum Laude, University of Virginia | 1981 |
| Phi Beta Kappa, University of Virginia | 1981 |
| Echols Scholar, University of Virginia | 1978-81 |
| Eagle Scout, Boy Scouts of America | 1973 |

**PROFESSIONAL SOCIETY MEMBERSHIPS**

AOTrauma North America        2012-Present

American Orthopaedic Foot & Ankle Society      1998 - present

American Academy of Orthopaedic Surgeons    1991 - present

American College of Surgeons-inactive

Society of Military Orthopaedic Surgeons-inactive

**PROFESSIONAL & RESEARCH APPOINTMENTS**

Foot & Ankle Consultant, DC United

Associate Investigator, #B06-064, Serum and Exudate Calcitonin Precursors as Predictors of
    Wound Infection and Dehiscence in Wartime Penetrating Injuries. $650,000 Grant

Orthopaedic Research and Education Foundation Grants:

  #1  Orthopaedic Surgery and Success in the Twenty-first Century American Healthcare System

  #2  Hark Lectureship Series

  #3  Journal of Bone and Joint Surgery Journal Club

Staff Orthopaedic Surgeon, National Institute of Health

Military LEAP Steering Committee

Peer Reviewer for Journal of Orthopaedic Research

Peer Reviewer for Journal of Orthopaedic Trauma

Peer Reviewer for Military Medicine

Principle Investigator, Study of the Treatment of Articular Repair (STAR)
    Am J Sports Medicine

<u>Orthopaedic Consultant to the White House and Pentagon</u>

Naval Representative, Department of Defense Orthopaedic Center of Excellence Project

Naval Representative, Department of Defense Chiropractic Demonstration Project

**ORTHOPAEDIC MEDICAL MISSIONS OVERSEAS**

Kenya         2009

Viet Nam      2008

**COMMUNITY VOLUNTEER WORK**

Spanish Catholic Center, Catholic Charities, 1618 Monroe St., NW, Washington, DC 20010

**PUBLICATIONS**

Daniel DM, **McGuigan, FX** and Nicholas Casscells, N., Findings of Routine Diagnostic Ankle Arthroscopy for Management of AO 44-C Fibular Fractures, Foot & Ankle Orthopaedics, 2(3)

Sherman, T; Marcels,J; Butler,A.; **McGuigan, F.X.:**First Metatarsalphalangeal Joint Arthroscopy for Osteochondral Lesions: The Journal of Arthrosocopy and Related Surgery: Arthrosocpy Techniques. 5(3) Pages, e513-e518; May 2016.

Fisk, J. R.; DeMuth, S.; Campbell, J.; DiBello, T.; Esquenazi, A.; Lin, R.S.; Malas, B.; **McGuigan, F.X.** and Fise, T.F.: Suggested Guidlines for the Prescription of Orthotic Services, Device Delivery, Education, and Follow-up Care: A Multidisciplinary White Paper: Military Medicine. 181(2), 11-17.

Sherman, T.; Casscells, N. and **McGuigan, F.X.:**Ankle Arthroscopy for Ankle Fractures. The Journal of Arthrosocpy and Related Surgery: Arthrosocpy Techniques. 4(1) Pages e75–e79; Feb2015.

Gwinn, D E.; Keeling, JJ.; Andersen, RC. and **McGuigan,FX**. Hydroxyapatite-coated External Fixation Pins in Severe Wartime Fractures: Risk Factors for Loosening. Current Orthopaedic Practice. 21(1):54-59; Jan/Feb 2010.

Gwinn, D.E.; Keeling, J.J. and **McGuigan, F.X.,** A Comparison of Open Versus Arthroscopic Harvest of Osteochondral Grafts.  Vol 16 (6): 458–462; Dec 2009.

Tintle, S.; Pinkos, K. A..; Andersen, R. C. and **McGuigan F.X**.:Use of Universal Split Leg Accessories for Operating Table Setup in Placement of Circular External Fixators. Journal of Surgical Orthopaedic Advances Winter 2009, Vol 18, No.4

Keeling, J.J.; Gwinn, D.E.; Tintle, S.M.; Andersen, R.C. **and McGuigan F.X.**:  Short-Term Outcomes of Severe Open Wartime Tibia Fractures Treated with Ring External Fixation. J Bone Joint Surg. Vol 90-A(12); 2643-2651; Dec 2008.

Gwinn, D.E., Keeling, J.J., Froehner, J.W., Andersen, R.C. and **McGuigan F.X.:** Perioperative Differences Between Bone Bridging and Non-bone Bridging Transtibial Amputations for Wartime Lower Extremity Trauma. Foot and Ankle International. Vol 29(8); 787-793; August 2008

Forsberg, J. A., Elster, E. A., Andersen R.C., Nylen, E., Brown, T. S., Rose, M.W., Stojadinovic, A., Becker, K. L. and **McGuigan, F.X**.: Correlation of Procalcitonin and Cytokine Expression with Dehiscence of Wartime Extremity Wounds. J Bone Joint Surg. Vol-90-A(3); 580-588; Mar 2008

Urbach, F., **McGuigan, F.X. ,** Neumann, J. W. and Ender, S.: Long-term Results After Arthroscopic Treatment of Synovial Chondromatosis of the Shoulder .  Arthroscopy: The Journal of Arthroscopic & Related Surgery , Volume 24(3); 318 - 323 D .

Kuhn, M. and **McGuigan, F.X. :** Magnetic Resonance Imaging Assessment of the Accuracy of Subacromial Injections. Arthroscopy: The Journal of Arthroscopic and Related Surgery. 22(6): e16. June 2006

**McGuigan, F.X. :** Skin Substitutes as Alternatives to Autografting in a Wartime Trauma Setting. JAAOS J Am Acad Orthop Surg. 14(10): S87-S89. Sept 2006

**McGuigan, F.X.**: Foot and Ankle Reconstruction After Blast Injuries. Foot Ankle Clin N A. 11(1) March 2006

**McGuigan, F.X.** and Aierstok, M.D.: Disorders of the AchillesTendon and Its Insertion. Curr Opinion Ortho. April 2005, Volume 16 (2); 65-72

Nazarian, D.G., **McGuigan, F.X.**, Bowen, B. and Booth, R.E.: A Two-Stage Approach to Primary Knee Arthroplasty in the Infected Arthritic Knee.  J of Arthroplasty. 18(7); Oct 2003

**McGuigan, F.X.** and Bookout, C.B.: Intra-articular Fluid Volume and Restricted Motion in the Elbow. J Shoulder Elbow Surg.  12(5) Sept/Oct 2003

**McGuigan, F.X.** and Culp, R.W.:  Surgical Treatment of Intra-articular Fractures of the Trapezium. Journal of Hand Surgery. J Hand Surg [Am]. 27(4):697-703 Jul 2002

Schon, L. C., **McGuigan, F. X.**, Edwards, W. and Hoffman, J.:  Pedobarographic and Musculoskeletal Examination of Collegiate Dancers in Releve. Foot and Ankle International. Foot Ankle Int. 23(7):641-6. July 2002

Keisu, K.S.; Orozco, F.; Sharkey, P.F.; Hozack, W.J.; Rothman, R.H. and **McGuigan, F.X.**: Primary Cementless Total Hip Arthroplasty in Octogenarians. Two to Eleven-year Follow-up.  J Bone Joint Surg Am.Vol 83-A(3):359-63,  Mar 2001 (See J Bone Joint Surg Am. Vol 84(1), p100, Jan 2002.

Myerson, M.S.; Schon, L.C.; **McGuigan, F.X.**; and Oznur, A.: Results of Arthrodesis of the Hallux Metatarsalphalangeal Joint Using Bone Graft for Restoration of Length. Foot and Ankle International. Vol21, p 297-306, April 2000.

Helmers, S.W.; Sharkey, P.F.; and **McGuigan, F.X.:** Efficacy of  Irrigation for Removal of Particulate Debris After  Cemented Total Knee Arthroplasty.  Journal of Arthroplasty. Vol 14, No.5, p. 549-552, 1999

Norris, T.R.; Green, A.; **McGuigan, F.X.:**  Late Prosthetic Shoulder Arthroplasty for Displaced Proximal Humerus Fractures.  Journal of  Shoulder & Elbow Surgeons.  Vol. 4, p. 271-80, 1995

**McGuigan, F.X.;** Moriarty, L.; Hozack, W.J.; Rothman, R.H.; and Eng, K.:  Predicting Quality of Life Outcome Following Total Joint Arthroplasty:  Limitations of the SF36 Health Status Questionaire.  Journal of Arthroplasty.  Vol. 10, Number 6, p. 742-747, December 1995

**McGuigan, F.X.:**  Simultaneous Trapezium and Bennett's Fractures.  Journal of Hand Surgery, 1993; 18A:944 (letter).

Culp, R.W.; **McGuigan, F.X.;** Turner, M.A.; Lichtman, D.M.; Osterman, A.L.; and H.R. McCarroll: Proximal Row Carpectomy:  A Multicenter Study.  Journal of Hand Surgery, 1993; 18A:19-25.

**McGuigan, F.X.;** Bonatus, T.; Forster, S,:  Spontaneous Femoral Shaft Fracture - Without Evidence of Stress or Pathologic Failure:  A Case Report and Review of the Literature. Contemporary Orthopaedics, 1989; 19:381-82

**BOOK CHAPTERS**

*Orthopaedic Surgery: Principles of Diagnosis and Treatment,* Edited by Brent Wiesel, Wudbhav Sankar, John Delahay, Sam Wiesel. Foot and Ankle, Chapter 19, pp 753-798, Benjamin Martin and **McGuigan, F.X.** Lippincott Williams & Wilkins 2011.

*Essentials of Orthopedic Surgery*, 4th edition (edited by Sam W. Wiesel and John N. Delahay) Skeletal Trauma, Chapter 2, pp 35-74. **McGuigan, F.X.** Springer 2010.

## SCIENTIFIC EXHIBITION

Dean DM, Casscells N and **McGuigan FX**., Findings of Routine Diagnostic Ankle Arthroscopy for Management of AO 44-C Fibular Fractures. American Academy of Orthopaedic Surgeons New Orleans, LA. March 2018.

Daniel DM, **McGuigan, FX** and Nicholas Casscells, N., Findings of Routine Diagnostic Ankle Arthroscopy for Management of AO 44-C Fibular Fractures, American Orthopaedic Foot and Ankle Surgeons. July 2017.

Sherman, T.; Casscells, N. and McGuigan, F.X.:Ankle Arthroscopy for Ankle Fracture**s.** American Academy of Orthopaedic Surgeons Meeting, San Diego, CA 2017

Forsberg J.A., Elster E.A., Stojadinovic, A., Andersen R.C., Nylén E.S., Becker, K.L., Brown, T.S., Rose, M., **McGuigan F.X.**, Cytokine Expression Correlates with Wound Dehiscence in Wartime Extremity Injuries. Academic Surgical Congress, Phoenix, AZ.   February 2007

Forsberg, J.A., Andersen, R.C., Nylen, E.S., Elster, E., Brown, T.S. and **McGuigan, F.X.,** Cytokine Expression Correlates with Wound Dehiscence in Wartime Extremity Injuries. Society of Military Orthopaedic Surgeons Honolulu, HI. December 2006.

Keeling, J.J. and **McGuigan, F.X.,** A Comparison of Open Versus Arthroscopic Harvest of Osteochondral Grafts.  Orthopaedic Research Society, San Francisco, CA. March 2004

Castro, T.L. and  **McGuigan, F.X.,** Risk of Injury to the Superficial Peroneal Nerve with Anterior and Lateral Fasciotomy of the Leg. Society of Military Orthopaedic Surgeons, Honolulu, HA. December 2003

Keeling, J.J. and  **McGuigan, F.X.,** A Comparison of Open Versus Arthroscopic Harvest of Osteochondral Grafts.  Society of Military Orthopaedic Surgeons, Honolulu, HA.  December 2003

Kuhn, M.A., Cumiskey, A.M., **McGuigan, F.X.**, Magnetic Resonance Imaging Assessment of the Accuracy of Subacromial Injections. Orthopaedic Research Society, New Orleans, LA February 2003

Nazarian, D.G., **McGuigan, F.X.**, Bowen, B. and Booth, R.E.: A Two-Stage Approach to Primary Knee Arthroplasty in the Infected Arthritic Knee. American Academy of Orthopaedic Surgeons, New Orleans, LA February 2003

Nazarian, D.G., **McGuigan, F.X.**, Bowen, B. and Booth, R.E.: A Two-Stage Approach to Primary Knee Arthroplasty in the Infected Arthritic Knee. American Academy of Orthopaedic Surgeons, Dallas, TX  February 2002

Schon, L. C., **McGuigan, F. X.** , Edwards, W. and Hoffman, J.: Pedobarographic and Musculoskeletal Examination of Collegiate Dancers in Releve'. International Association for Dance Medicine & Science, Hertfordshire, England October 1999

McGuigan, E.A. and **McGuigan, F.X.:** Skeletal Manifestations of Burkitt Lymphoma. American Academy of Orthopaedic Surgeons. San Francisco, CA February 1997

McKay, P and **McGuigan, F.X.:** Pretraining Fitness and Graduation from Marine Officer Candidate School.  Society of Military Orthopaedic Surgeons.  San Diego, CA November 1996

Locke, J.S.; Alexander, C.E.; Sharkey, P.F.; and **McGuigan, F.X.:**  Intracompartmental Pressures in the Normal and Injured Hand.  Society of Military Orthopaedic Surgeons.  Hilton Head, S.C. November 1994

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; and McCarroll, R.H.:  Fractures of the Trapezium. American Academy of Orthopaedic Surgeons, San Francisco, CA February 1993

**McGuigan, F.X.;** Sharkey, P.F.; and Norris, T.R.:  Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus.  American Academy of Orthopaedic Surgeons, San Francisco, CA February 1993

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; and McCarroll, R.H.:  Fractures of the Trapezium. Ninth Combined Meeting of the Orthopaedic Associations of the English Speaking World. Toronto, Ontario, Canada June 1992

**McGuigan, F.X.;** Sharkey, P.F.; and Norris, T.R.:  Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus.  Ninth Combined Meeting of the Orthopaedic Associations of the English Speaking World.  Toronto, Ontario, Canada June 1992

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; McCarroll, R.H.:  Fractures of the Trapezium. Orthopaedic Trauma Association.  Seattle, Washington October 1991

**PRESENTATIONS**

Dean, D.M.; Casscells, N.; Dean, R.S. and **McGuigan FX**., Findings of Routine Diagnostic Ankle Arthroscopy for Management of AO 44-C Fibular Fractures. American Academy of Orthopaedic Surgeons Annual Meeting, New Orleans, LA., March 2018.

Sherman, T.; **McGuigan, F.X.:** Intra-articular Findings Identified by Arthroscopy in the Setting of Acute Ankle Fractures,  American Academy of Orthopaedic Surgeons, Orlando, FL March 2016.

**McGuigan, F.X.:** A Surgeon's Perspective on Orthotics and Prosthetics,  American Orthotic & Prosthetic Association Meeting, Washington, DC, March 23, 2015.

**McGuigan, F.X.:** Treatment of Lisfranc Fractures: To Fuse or Not to Fuse. Howard University Medical Center,, Washington, DC, January 2, 2013.

**McGuigan, F.X.:** The Role of Arthroscopy in the Treatment of Ankle Fractures. OCPMA 11th Annual Advancements in Foot & Ankle Surgery, Huntington Beach, CA, September 15, 2012.

**McGuigan, F.X.:** Treatment of Lisfranc Fractures: To Fuse or Not to Fuse. OCPMA 11th Annual Advancements in Foot & Ankle Surgery, Huntington Beach, CA, September 15, 2012.

**McGuigan, F.X.:** First Metatarsal Phalangeal Fusion Using a Variable Angle Locking Plate. OCPMA 11th Annual Advancements in Foot & Ankle Surgery, Huntington Beach, CA, September 14, 2012.

**McGuigan, F.X.:** First Metatarsal Phalangeal Fusion Using a Variable Angle Locking Plate. Hoag Orthopedic Institute, Irvine, CA, October 25, 2011

**McGuigan, F. X.:** Forefoot and Midfoot Reconstruction Using Variable Angle Plates, 11th Annual Advancements in Foot & Ankle Surgery Seminar, Huntington Beach, CA, 14 September 2011.

**McGuigan, F.X.:** Forefoot and Midfoot Reconstruction. University of Utah, Salt Lake City, Utah, June 24, 2011

**McGuigan, F.X.:** First Metatarsal Phalangeal Fusion Using a Variable Angle Locking Plate. Washington Hospital Center, Washington, DC, 28 April 2011

**McGuigan, F.X.:** The Role of Negative Pressure Wound Therapy in the Team Approach to Limb Salvage. Diabetic Limb Salvage Conference, Washington, DC, 24 September 2009

**McGuigan, F.X.:** Neuropathic Bone Disease and Reconstruction Options in the Diabetic Foot. Diabetic Limb Salvage Conference, Washington, DC, 25 September 2009

**McGuigan, F.X.:** Wartime Injuries and Infections. Aga Kahn Hospital, Nairobi, Kenya, 24 April 2009

Keeling, J. J.; Andersen, R. C.; Forsberg, J. A.; Potter, B. K.; Gwinn, D. E.; Fleming, M.;. **McGuigan, F. X.;** Ficke, J. R.; and Pollak, A. N.: Transitional and Definitive Casualty Care: Current Experience and Future Directions.  HSS Alumni Association 90th Annual Meeting, New York, N.Y. November 2008.

**McGuigan, F.X.:** Advanced Internal Fixation For Diabetic Fractures. Diabetic Limb Salvage. Conference, Washington, DC, 20 September 2008

**McGuigan, F.X.:** Effective Utilization of External Fixation in the Lower Extremity. Diabetic Limb Salvage Conference, Washington, DC, 18 September 2008

**McGuigan, F.X.**: The Ertl Tibiofibular Bone Bridge Amputation. Combined American Vietnamese Meeting for Lower Extremity Injuries. Hanoi, Viet Nam, 24 May 2008.

Keeling, J.J.; Gwinn, D.E.; Tintle, S.M.; **McGuigan F.X.;** Andersen, R.C.:  Outcomes of Severe Open Wartime Tibia Fractures Treated with Ring External Fixation. 49th Annual Meeting of Society of Military Orthopaedic Surgeons, Vail, CO, 14 Dec 2007.

Gwinn, D.E.; Keeling, J.J.; Andersen, R.C.; **McGuigan F.X.:** Hydroxyapatite-coated External Fixator Pins in Severe Wartime Fractures. 49th Annual Meeting of Society of Military Orthopaedic Surgeons, Vail, CO, 14 Dec 2007.

Gwinn, D.E.; Keeling, J.J.; Froehner, J.W., Andersen, R.C., **McGuigan F.X.:** Perioperative Differences in Transtibial Amputation Techniques.  49th Annual Meeting of Society of Military Orthopaedic Surgeons, Vail, CO, 14 Dec 2007.

Kuhn, M.A. and **McGuigan, F.X.**, Magnetic Resonance Imaging Assessment of the Accuracy of Subacromial Injections. Arthroscopy Association of North America, Hollywood, FL. May 2006

**McGuigan,F.X.:** Ring Fixator Treatment of Complex Foot and Ankle Injuries,: Ring Fixator Symposium, Landstuhl Regional Medical Center (LRMC), Landstuhl/Kirchberg, Germany, 24-26, April 2006.

**McGuigan,F.X.:** Treatment of Wartime Tibial Fractures with Ring Fixators,: Ring Fixator Symposium, Landstuhl Regional Medical Center (LRMC), Landstuhl/Kirchberg, Germany,

24-26 April 2006.

**McGuigan,F.X.:** Taylor Spatial Frame and Orthocad Software,: Ring Fixator Symposium, Landstuhl Regional Medical Center (LRMC), Landstuhl/Kirchberg, Germany, 24-26 April 2006.

**McGuigan, F.X.,** Wound Stabilization and Skin Substitutes in a Wartime Trauma Setting. AAOS Extremity War Injuries: State of the Art and Future Directions. Washington, DC. Jan 2006

**McGuigan, F.X.,** Treatment of Bone Defects Caused by Blast Injuries. Baltimore Limb Deformity Course, Baltimore, MD. Sep 2005.

Otto Ohm and **McGuigan, F.X.**, Anatomic Communication Between the Periarticular Structures of the Hindfoot. American Academy of Orthopaedic Surgeons. Washington, DC.  February 2005

Castro, T.L. and **McGuigan, F.X.**, Risk of Injury to the Superficial Peroneal Nerve with Anterior and Lateral Fasciotomy of the Leg. American Academy of Orthopaedic Surgeons. Washington, DC.  February 2005

Castro, T.L. and **McGuigan, F.X.**, Risk of Injury to the Superficial Peroneal Nerve with Anterior and Lateral Fasciotomy of the Leg. Society of Military Orthopaedic Surgeons. Honolulu, HA.  December 2003

Kuhn, M.A., Cumiskey, A.M., **McGuigan, F.X.**, Magnetic Resonance Imaging Assessment of the Accuracy of Subacromial Injections. Society of Military Orthopaedic Surgeons. San Diego, CA December 2002

Myerson, M.S.; Schon, L.S.; **McGuigan, F. X.** and Oznur, A.: Results of Arthrodesis of the Hallux Metatarsophalangeal Joint using Bone Graft for Restoration of Length. American Orthopaedic Foot and Ankle Society.  New Orleans, LA 1998

Myerson, M.S.; Schon, L.S.; **McGuigan, F. X.** and Oznur, A.: Results of Arthrodesis of the Hallux Metatarsophalangeal Joint using Bone Graft for Restoration of Bone Loss. European Foot and Ankle Societies Congress, Paris, France October 1997

**McGuigan, F. X.:** Treatment of Acetabular Osteolysis. Crucial Decisions in Total Hip and Total Knee Arthroplasty. Bermuda, May 1997

**McGuigan, F. X.:** Treatment of Femoral Osteolysis. Crucial Decisions in Total Hip and Total Knee Arthroplasty. Bermuda, May 1997

Bookout, J. and **McGuigan, F.X.:** Intra-articular Fluid Volume and Range of Motion of the Elbow. American Academy of Orthopaedic Surgeons.  San Francisco, CA 1997

Bookout, J. and **McGuigan, F.X.:** Intra-articular Fluid Volume and Range of Motion of the Elbow. Society of Military Orthopaedic Surgeons.  San Diego, CA November 1996

**McGuigan, F.X.:** The Case for Cemented Acetabular Fixation.  Crucial Decisions in Total Hip and Total Knee Arthroplasty.  Bermuda, May 1996

**McGuigan, F.X.:** Patellar Resurfacing.  Crucial Decisions in Total Hip and Total Knee Arthroplasty.  Bermuda, May 1996

Bowen, R.A.; Booth, R.E.; and **McGuigan, F.X.:**  Two Stage Total Knee Arthroplasty for Septic Arthritis.  American Academy of Orthopaedic Surgeons, Orlando, FL  1995

**McGuigan, F.X.:** Implant Standardizations in Total Hip Arthroplasty. Crucial Decisions in Total Hip Arthroplasty. Naples, FL 1995

**McGuigan, F.X.:** Cemented Acetabular Cups in Total Hip Arthroplasty. Crucial Decisions in Total Hip Arthroplasty. Naples, FL 1995

Helmers, S.W.; Sharkey, P.F.; and **McGuigan, F.X.:** The Efficacy of Pulse Lavage Irrigation after Component Implantation in Total Knee Arthroplasty. Society of Military Orthopaedic Surgeons. Hilton, Head, S.C. November 1994

**McGuigan, F.X.;** and Sharkey, P.F.: Quality of Life Outcome Following Total Hip Arthroplasty. Society of Military Orthopaedic Surgeons. Hilton Head, S.C. November 1994

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; and Taras, J.S.: Fractures of the Trapezium - A Long Term Follow-up. American Society for surgery of the Hand. Cincinnati, OH October 1994

**McGuigan, F.X.;** Moriarty, L.; Hozack, W.J.; Rothman, R.H.; and Eng, K.: The Impact of Total Joint Arthroplasty on Quality of Life: A Prospective Analysis. Eastern Orthopaedic Association. Southampton, Bermuda October 1994

**McGuigan, F.X.;** Moriarty, L.; Hozack, W.J.; Rothman, R.H.; and Eng, K.: The Impact of Total Joint Arthroplasty on Quality of Life: A Prospective Analysis. Association for Arthritic Hip and Knee Surgery. Washington, D.C. September 1994

**McGuigan, F.X.:** Ceramic Bearing Surfaces in Total Hip Arthroplasty. Crucial Decisions in Total Hip Arthroplasty. Bermuda April 1994

**McGuigan, F.X.:** Cemented Total Hip Arthroplasty. Crucial Decisions in Total Hip Arthroplasty. Bermuda April 1994

**McGuigan, F.X.;** and Sharkey, P.F.: Quality of Life Outcome Following Total Hip Arthroplasty. American Orthopaedic Association Resident's Conference. Atlanta, GA March 1994

**McGuigan, F.X.;** Sharkey, P.F.; Norris, T.R.; and Green, A: Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus. Jefferson Orthopaedic Society. Philadelphia, PA November 1993

**McGuigan, F.X.;** Sharkey, P.F.; Norris, T.R.; and Green, A.: Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus. American Shoulder and Elbow Surgeons meeting. San Francisco, CA February 1993

**McGuigan, F.X.;** Sharkey, P.F.; Norris, T.R.; and Green, A.: Delayed Shoulder Arthroplasty for Complex Fractures of the Proximal Humerus. American Academy of Orthopaedic Surgeons. San Francisco, CA February 1993

**McGuigan, F.X.;** and Hall, J.: Basal Joint Arthrosis of the Thumb. University of California, San Francisco Grand Rounds. Kaiser Permanente Oakland Medical Center, Oakland, CA December 1992

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; McCarroll, R.H.: Fractures of the Trapezium. American Orthopaedic Association Resident's Conference. Ann Arbor, MI March 1992

**McGuigan, F.X.;** Sharkey, P.F.; and Norris, T.R.: Delayed Shoulder Arthroplasty for Cases of Failed Outcome in Complex Fractures of the Proximal Humerus. American Orthopaedic Association Resident's Conference. Ann Arbor, MI March 1992

**McGuigan, F.X.;** Culp, R.W.; Alexander, C.E.; McCarroll, R.H.:  Fractures of the Trapezium. Society of Military Orthopaedic Surgeons.  El Paso, Texas November 1991

**McGuigan, F.X.;** Sharkey, P.F.; and Norris, T.R.:  Delayed Shoulder Arthroplasty for Cases of Failed Outcome in Complex Fractures of the Proximal Humerus.  Society of Military Orthopaedic Surgeons.  El Paso, Texas November 1991

Norris, T.R.; **McGuigan, F.X.:**  Treatment of Three and Four Part Fractures of the Proximal Humerus.  American Society of Shoulder and Elbow Surgeons.  Anaheim, CA March 1991

**McGuigan, F.X.;** and Norris, T.R.:  Treatment of Three and Four Part Fractures of the Proximal Humerus.  University of California, San Francisco Grand Rounds. San Francisco, CA March 1991

**McGuigan, F.X.;** Culp, R.W.; Turner, M.A.; Lichtman, D.M.; Osterman, A.L.; and McCarroll, H.R.: Proximal Row Carpectomy:  A Multicenter Study.  American Society for Surgery of the Hand. Toronto, Ontario, Canada September 1990