| Last Name or Estate | First Name | Relationship | Base Award | Economic Damages (Frankenfeld) | Conscious Pain and Suffering | Total Compensatory Damages Requested | Punitive Damages Requested | Total Requested Award |
|---|---|---|---|---|---|---|---|---|
| Estate of James Adair | | Estate | $0.00 | $1,014,478.00 | $500,000.00 | $1,514,478.00 | $4,543,434.00 | $6,057,912.00 |
| Adair | Chelsea | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Ahearn | Constance | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Ahearn | Kevin | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Altman | Jake | Self | $5,000,000.00 | $2,111,612.00 | $0.00 | $7,111,612.00 | $21,334,836.00 | $28,446,448.00 |
| Altman | Nadja | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Altman | Jona | Son | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Prosser | Gloria | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Altman | Charles | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Altman | Michael | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Estate of Michael Anaya | | Estate | $0.00 | $389,580.00 | $5,000,000.00 | $5,389,580.00 | $16,168,740.00 | $21,558,320.00 |
| Anaya | Cheryl | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Moffett | Trista | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Anaya, Jr. | Carmelo | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Anderson | Bryan | Self | $15,000,000.00 | $620,810.00 | $0.00 | $15,620,810.00 | $46,862,430.00 | $62,483,240.00 |
| Waswo | Janet | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Waswo | James | Step-parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Anderson | Robert | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Waswo | Briana | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Beem | Brian | Self | $5,000,000.00 | $2,768,536.00 | $0.00 | $7,768,536.00 | $23,305,608.00 | $31,074,144.00 |
| Beem | Elizabeth | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Beem | Diane | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Beem | Joseph | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Beem | Cassandra | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Beem | Kaitlyn | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Beem | Kelly | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Colon | Cynthia | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Beem, Jr. | Joseph | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Estate of Durrell Bennett | | Estate | $0.00 | $406,817.00 | $500,000.00 | $906,817.00 | $2,720,451.00 | $3,627,268.00 |
| Bennett | Doris Voncile | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Bennett | Dempsey Lee | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Bennett | Darnell Travon | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Nathan Beyers | | Estate | $0.00 | $1,415,566.00 | $500,000.00 | $1,915,566.00 | $5,746,698.00 | $7,662,264.00 |
| Beyers | Vanessa | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Beyers | E. | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Beyers | Tim | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Beyers | Sonja | Step-parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Beyers | Tyler | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Blickenstaff | John | Self | $10,000,000.00 | $1,987,571.00 | $0.00 | $11,987,571.00 | $35,962,713.00 | $47,950,284.00 |
| Blickenstaff | Misty | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Blickenstaff | Madison | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Blickenstaff | Crystabelle | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Jones | Pam | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Blickenstaff | Jared | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Blickenstaff | Adrianne | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Carter | Trista | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Botts | John A. | Self | $5,000,000.00 | $2,162,430.00 | $0.00 | $7,162,430.00 | $21,487,290.00 | $28,649,720.00 |
| Botts | Jennifer | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Botts | Dara | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Botts | Steve | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Cunningham | Elizabeth | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Donaldson | Peggy | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Butler | Eldridge | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Adrian Butler | | Estate | $0.00 | $477,218.00 | $500,000.00 | $977,218.00 | $2,931,654.00 | $3,908,872.00 |
| Byers | Brandon | Self | $5,000,000.00 | $1,615,026.00 | $0.00 | $6,615,026.00 | $19,845,078.00 | $26,460,104.00 |
| Byers | Megan | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Byers | Cameron | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Jonathan Cadavero | | Estate | $0.00 | $1,208,726.00 | $500,000.00 | $1,708,726.00 | $5,126,178.00 | $6,834,904.00 |
| Cadavero | Nadia | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Dearing | Michelle | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Cadavero | David | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Markarian | Kristia | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Ponce | Mirtha | Spouse | $10,000,000.00 | $0.00 | $0.00 | $10,000,000.00 | $30,000,000.00 | $40,000,000.00 |
| Calderon | A.R. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Calderon | A.J. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Ascencio | Rosa Milagro | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Rauda | Saul | Step-parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Rauda | Yeny | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Rauda | Jasmyn | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Rauda | Evelyn | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Roland Calderon-Ascencio | | Estate | $0.00 | $344,117.00 | $500,000.00 | $844,117.00 | $2,532,351.00 | $3,376,468.00 |
| Cope | Joshua | Self | $12,000,000.00 | $2,008,930.00 | $0.00 | $14,008,930.00 | $42,026,790.00 | $56,035,720.00 |
| Owens | Erica (formerly Cope) | Spouse | $12,000,000.00 | $0.00 | $0.00 | $12,000,000.00 | $36,000,000.00 | $48,000,000.00 |
| Cope | Laney | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Cope | Linda | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Cope | Philip | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Cope | Jacob | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Cope | Jonathan | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Cottrell | Sherri | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Cottrell | E. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Cottrell | James | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Cottrell | Brandy | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Cottrell | Megan | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Waters | Doeshie | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Craven | Josh | Self | $5,000,000.00 | $1,155,728.00 | $0.00 | $6,155,728.00 | $18,467,184.00 | $24,622,912.00 |
| Craven | Holly | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Estate of Duncan Crookston | | Estate | $0.00 | $325,764.00 | $8,000,000.00 | $8,325,764.00 | $24,977,292.00 | $33,303,056.00 |
| Crookston | Leesha | Parent | $10,000,000.00 | $0.00 | $0.00 | $10,000,000.00 | $30,000,000.00 | $40,000,000.00 |
| Dahlman | Louis | Self | $8,000,000.00 | $1,515,072.00 | $0.00 | $9,515,072.00 | $28,545,216.00 | $38,060,288.00 |
| Stockdale | Kay | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Stockdale | Larry | Step-parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Dahlman | Lucas | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Ahrens | Amber K. | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Estate of Sean Diamond | | Estate | $0.00 | $1,477,593.00 | $500,000.00 | $1,977,593.00 | $5,932,779.00 | $7,910,372.00 |
| Diamond | Loramay "Lora" | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Diamond | Taylor M. | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Diamond | Madison J. | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Diamond | Sean R. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Diamond | Athena | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Wiley | Sally Diamond | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wiley | James Michael | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Diamond | Jason | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Diamond | Michael | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Donaldson | James | Self | $12,000,000.00 | $389,211.00 | $0.00 | $12,389,211.00 | $37,167,633.00 | $49,556,844.00 |
| Edds | Barry | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Edds | Julia | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Edds | Joel | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Forbes, IV | Norman | Self | $5,000,000.00 | $474,075.00 | $0.00 | $5,474,075.00 | $16,422,225.00 | $21,896,300.00 |
| Ford | Lonnie W. | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Mattison-Ford | Linda | Step-parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Matson | Jessica | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Ford | Shawn | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Joshua Ford | | Estate | $0.00 | $516,009.00 | $500,000.00 | $1,016,009.00 | $3,048,027.00 | $4,064,036.00 |
| Gage | Samantha | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Gage | Michael | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Gage | Randy | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Gage | Tamara | Step-parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Rosa | Julia | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Joseph Gage | | Estate | $0.00 | $1,787,804.00 | $500,000.00 | $2,287,804.00 | $6,863,412.00 | $9,151,216.00 |
| Gagne | Derek | Self | $5,000,000.00 | $447,200.00 | $0.00 | $5,447,200.00 | $16,341,600.00 | $21,788,800.00 |
| Mcrczkowski | Faye | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Shawn Gajdos | | Estate | $0.00 | $262,217.00 | $500,000.00 | $762,217.00 | $2,286,651.00 | $3,048,868.00 |
| Richards | Brenda | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Estate of Zachariah Gonzalez | | Estate | $0.00 | $419,080.00 | $500,000.00 | $919,080.00 | $2,757,240.00 | $3,676,320.00 |
| Gonzalez | Laura | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gonzalez | Benedict | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Gonzalez | Jake | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Hancock | Jerral | Self | $18,000,000.00 | $1,573,680.00 | $0.00 | $19,573,680.00 | $58,721,040.00 | $78,294,720.00 |
| Hancock | J. | Son | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Hancock | A. | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Tscherny | Stacie | Mother | $7,500,000.00 | $0.00 | $0.00 | $7,500,000.00 | $22,500,000.00 | $30,000,000.00 |
| Benjamin | Dirrick | Step-Father | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Tscherny | Savannah | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Hancock | Samantha | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Estate of Blake Harris | | Estate | $0.00 | $1,727,706.00 | $500,000.00 | $2,227,706.00 | $6,683,118.00 | $8,910,824.00 |
| Harris | Joanna | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Harris | J. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Harris | Deborah | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Henry | Gary | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Estate of Keith Kline | | Estate | $0.00 | $509,817.00 | $500,000.00 | $1,009,817.00 | $3,029,451.00 | $4,039,268.00 |
| Kline | Betty | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Kline, Jr. | John | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of David Knapp | | Estate | $0.00 | $358,536.00 | $500,000.00 | $858,536.00 | $2,575,608.00 | $3,434,144.00 |
| Knapp | Jeanette | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Estate of Christopher Kube | | Estate | $0.00 | $967,933.00 | $500,000.00 | $1,467,933.00 | $4,403,799.00 | $5,871,732.00 |
| Otte | Debbie | Mother | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Kube | David | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Kube | Jonathan | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Kube | Jessica | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Kube | Jason | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Kube | Jennifer | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Eric Lill | | Estate | $0.00 | $1,448,778.00 | $500,000.00 | $1,948,778.00 | $5,846,334.00 | $7,795,112.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Otero | Skye | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Lill | Mikayla | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Lill | Cody Jacob | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Lill | Anthony | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Lill | Charmaine | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Lill-Jones | Kortne | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Luigi Marciante, Jr. | | Estate | $0.00 | $1,327,155.00 | $500,000.00 | $1,827,155.00 | $5,481,465.00 | $7,308,620.00 |
| Marciante | Stephanie | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Marciante | Lorenzo | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Marciante | Maria | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Marciante | Luigi | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Balestrieri | Enza Marciante | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Martinez | Sarah | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Martinez | Saul | Self | $10,000,000.00 | $2,008,635.00 | $0.00 | $12,008,635.00 | $36,025,905.00 | $48,034,540.00 |
| Mayo | John | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Mayo | Rebecca | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Mayo | Andy | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Barry Mayo | | Estate | $0.00 | $417,529.00 | $500,000.00 | $917,529.00 | $2,752,587.00 | $3,670,116.00 |
| Estate of Justin Mixon | | Estate | $0.00 | $1,269,900.00 | $500,000.00 | $1,769,900.00 | $5,309,700.00 | $7,079,600.00 |
| Mixon | Tia | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Mixon | T.R. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Mixon | Melinda | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Mixon | Walter | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Mixon | Kenneth | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Spillyards | Kimberly | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Joshua Modgling | | Estate | $0.00 | $331,435.00 | $500,000.00 | $831,435.00 | $2,494,305.00 | $3,325,740.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Montano | Julie | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Modgling | Keith | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Modgling | Christopher | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Stuart | Kellilynn | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Modgling | Michelle | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Schaffer | Kenneth | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Morris | Glenn | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Morris | Amy | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Morris | Adam | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Morris | Cassidy | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Daniel Morris | | Estate | $0.00 | $1,639,172.00 | $500,000.00 | $2,139,172.00 | $6,417,516.00 | $8,556,688.00 |
| Pearson | Kristie | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Estate of Andrew Nelson | | Estate | $0.00 | $1,060,341.00 | $500,000.00 | $1,560,341.00 | $4,681,023.00 | $6,241,364.00 |
| Paupore | Maria | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Paupore | Mailey | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Paupore | Cody | Son | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Osborne | Sharon | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Paupore | Thomas | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Paupore-Bueno | Leslie | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Paupore | Joe | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Paupore | Nicholas | Self | $6,000,000.00 | $2,017,571.00 | $0.00 | $8,017,571.00 | $24,052,713.00 | $32,070,284.00 |
| Payne | Julie | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Payne | Anna-Leese | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Payne | Kylee | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Estate of Cameron Payne | | Estate | $0.00 | $1,218,167.00 | $500,000.00 | $1,718,167.00 | $5,154,501.00 | $6,872,668.00 |
| Estate of Andrew Pearson | | Estate | $0.00 | $3,899,826.00 | $500,000.00 | $4,399,826.00 | $13,199,478.00 | $17,599,304.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Pearson | Jon Marie | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Perez | Daniel | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Perez | Vicki | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Perez | Kevyn | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Emily Perez | | Estate | $0.00 | $698,763.00 | $500,000.00 | $1,198,763.00 | $3,596,289.00 | $4,795,052.00 |
| Estate of Joshua Plocica | | Estate | $0.00 | $385,491.00 | $500,000.00 | $885,491.00 | $2,656,473.00 | $3,541,964.00 |
| Thompson | Lisa | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Thompson | Lowell Keith | Step-parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Corbin | Brenna | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Coward | Mariah | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Richard | Elaine "Lois" | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Richard, Jr. | Joseph | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Richard Billedeaux | Carmen | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Mark Rosenberg | | Estate | $0.00 | $4,677,932.00 | $500,000.00 | $5,177,932.00 | $15,533,796.00 | $20,711,728.00 |
| Rosenberg | Julie | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Rosenberg | J. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Rosenberg | M. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Rubio | Jennifer | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Rubio-Hernandez | N. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Moore | Kathy | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Moore, Jr. | Thomas | Step-parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Estate of Ryan Russell | | Estate | $0.00 | $439,155.00 | $500,000.00 | $939,155.00 | $2,817,465.00 | $3,756,620.00 |
| Rzepa | Jason | Self | $5,000,000.00 | $2,290,536.00 | $0.00 | $7,290,536.00 | $21,871,608.00 | $29,162,144.00 |
| Rzepa | Cassandra | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Rzepa | Collin | Son | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rzepa | Kohl Antoni | Son | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Rzepa | Ann | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Shaidell | David "Mick" | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Saaristo | Cheryl Ann | Spouse | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Saaristo | Leah Marie | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Saaristo, Jr. | Brian | Son | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Saaristo | Shirley "Ann" | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Angell | Brenda | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Liimatainen | Barbara J. | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Saaristo | Brian | Self | $10,000,000.00 | $1,439,772.00 | $0.00 | $11,439,772.00 | $34,319,316.00 | $45,759,088.00 |
| Schild | Kay | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Schild | Koby | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Schild | Keely | Daughter | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Schild | Bruce | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Schild | Brooks | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Richard Schild | | Estate | $0.00 | $1,217,260.00 | $500,000.00 | $1,717,260.00 | $5,151,780.00 | $6,869,040.00 |
| Schumann | Jim | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Schumann | Ben | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Anderson | Brent | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Nelson | Kristie | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Nelson | Kayla | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Jason Schumann | | Estate | $0.00 | $1,661,683.00 | $500,000.00 | $2,161,683.00 | $6,485,049.00 | $8,646,732.00 |
| Traynor Sowinski | Diane | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Sowinski | Jared | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Sowinski | Austin | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Estate of Nicholas Sowinski | | Estate | $0.00 | $519,384.00 | $500,000.00 | $1,019,384.00 | $3,058,152.00 | $4,077,536.00 |
| Dructor | Erin L. | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Estate of Blake Stephens | | Estate | $0.00 | $1,611,228.00 | $500,000.00 | $2,111,228.00 | $6,333,684.00 | $8,444,912.00 |
| Barber | Audrey | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| McGee | Callie | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Benefield | Stephanie | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Brandon Stout | | Estate | $0.00 | $369,060.00 | $500,000.00 | $869,060.00 | $2,607,180.00 | $3,476,240.00 |
| Takai | Mae | Spouse | $4,000,000.00 | $0.00 | $0.00 | $4,000,000.00 | $12,000,000.00 | $16,000,000.00 |
| Takai | Jonamae | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Takai | Niana | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Takai | Imiko | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Takai | Ku'UipoLani | Daughter | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Cruze | Patricia | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Takai | Juan | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Takai | Jolene | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Takai | Jermaine | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Takai | John | Self | $8,000,000.00 | $1,485,623.00 | $0.00 | $9,485,623.00 | $28,456,869.00 | $37,942,492.00 |
| Richard | Tammy | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Richard | Glenn | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Richard | Heather | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Brandon Teeters | | Estate | $0.00 | $378,522.00 | $500,000.00 | $878,522.00 | $2,635,566.00 | $3,514,088.00 |
| Thorne | Karen | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Thorne | Doyle | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Robinson | Joey | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Tollefson | Walter | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Steinman | Mary | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Mecklenburg | Jessica | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Miller | Kathryn | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of John Tollefson | | Estate | $0.00 | $307,180.00 | $500,000.00 | $807,180.00 | $2,421,540.00 | $3,228,720.00 |
| Tong | Andrew "AJ" | Self | $7,500,000.00 | $2,632,754.00 | $0.00 | $10,132,754.00 | $30,398,262.00 | $40,531,016.00 |
| Torres | Yarissa | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Estate of Teodoro Torres | | Estate | $0.00 | $448,996.00 | $500,000.00 | $948,996.00 | $2,846,988.00 | $3,795,984.00 |
| Estate of Jose E. Ulloa | | Estate | $0.00 | $1,633,769.00 | $500,000.00 | $2,133,769.00 | $6,401,307.00 | $8,535,076.00 |
| Atzmann | Melanie | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Ulloa | Steven | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Marmol | Francisca | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Ulloa | Jose | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Ulloa | Ruberterna | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Marmol | Stephanie | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Omar Vazquez | | Estate | $0.00 | $1,037,823.00 | $500,000.00 | $1,537,823.00 | $4,613,469.00 | $6,151,292.00 |
| Vazquez | Maria | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Vazquez | Pablo | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Vazquez, Jr. | Pablo | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Vazquez | Marisel | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Vazquez | Javier | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Vendela | Marianne | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Vendela | Travis | Self | $10,000,000.00 | $1,185,131.00 | $0.00 | $11,185,131.00 | $33,555,393.00 | $44,740,524.00 |
| Wager | Michelle | Self | $12,000,000.00 | $840,651.00 | $0.00 | $12,840,651.00 | $38,521,953.00 | $51,362,604.00 |
| Wagner | Bryan | Self | $7,500,000.00 | $398,543.00 | $0.00 | $7,898,543.00 | $23,695,629.00 | $31,594,172.00 |
| Wakeman | Margaret | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Wakeman | David A. | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Wakeman | William Zachary "Zack" | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Estate of Dustin Wakeman | | Estate | $0.00 | $503,121.00 | $500,000.00 | $1,003,121.00 | $3,009,363.00 | $4,012,484.00 |
| Green | Wendy | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Weikel | J.T. | Son | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Weikel | Chad | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Ian Weikel | | Estate | $0.00 | $2,517,909.00 | $500,000.00 | $3,017,909.00 | $9,053,727.00 | $12,071,636.00 |
| Lantrip | Lydia | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Wells, Jr. | Billie | Parent | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Lantrip, Jr. | David "Blake" | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Wells | Jeremy | Sibling | $1,250,000.00 | $0.00 | $0.00 | $1,250,000.00 | $3,750,000.00 | $5,000,000.00 |
| Wells | Joshua | Self | $12,000,000.00 | $1,551,377.00 | $0.00 | $13,551,377.00 | $40,654,131.00 | $54,205,508.00 |
| Wendling | Randall | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Wendling | Carrie | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Estate of Michael Wendling | | Estate | $0.00 | $432,093.00 | $500,000.00 | $932,093.00 | $2,796,279.00 | $3,728,372.00 |
| White | Jennifer | Spouse | $8,000,000.00 | $0.00 | $0.00 | $8,000,000.00 | $24,000,000.00 | $32,000,000.00 |
| Brooks | Julia | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Ramos | Marcus | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Lucas T. White | | Estate | $0.00 | $1,391,650.00 | $500,000.00 | $1,891,650.00 | $5,674,950.00 | $7,566,600.00 |
| Wilcox | Charlene | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Wilcox | Bianca | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Wilcox | Ona | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Wilcox, III | Charles | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Estate of Carlos Wilcox | | Estate | $0.00 | $442,022.00 | $500,000.00 | $942,022.00 | $2,826,066.00 | $3,768,088.00 |
| Francis | Simona | Parent | $5,000,000.00 | $0.00 | $0.00 | $5,000,000.00 | $15,000,000.00 | $20,000,000.00 |
| Estate of LeRon Wilson | | Estate | $0.00 | $297,589.00 | $500,000.00 | $797,589.00 | $2,392,767.00 | $3,190,356.00 |
| Zapfe | Joseph | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |
| Zapfe | Edward | Sibling | $2,500,000.00 | $0.00 | $0.00 | $2,500,000.00 | $7,500,000.00 | $10,000,000.00 |

| | | | | | | $1,339,122,368.00 | $4,017,367,104.00 | $5,356,489,472.00 |