### ALL PLAINTIFFS REPRESENTED BY JOHN DRISCOLL EXHIBITS FOR ALL SOLDIER AND ESTATE DAMAGES CLAIMS

**James Adair**

Exhibit 69 Declaration of Chelsea Adair (spouse)

Exhibit 355 James Adair Estate Appointment

Exhibit 638 Economic report for James Adair

**Jake Altman**

Exhibit 58 Declaration of Jake Altman

Exhibit 334 Jake Altman Medical Summary

Exhibit 597 Jake Altman major medical records

Exhibit 598 McGuigan orthopedic and medical evaluation

Exhibit 599 Green/Kleiman psychological and PTSD evaluation

Exhibit 600 Beveridge vocational evaluation

Exhibit 601 Economic evaluation for Jake Altman

Exhibit 59 Declaration of Najda Altman (spouse individually and on behalf of a minor child)

Exhibit 60 Declaration of Gloria Prosser (mother)

Exhibit 61 Declaration of Michael Altman (brother)

**Michael Anaya**

Exhibit 411 Anaya Estate Appointment

Exhibit 723 Economic evaluation for Michael Anaya

Exhibit 124 Declaration of Cheryl Anaya (surviving spouse)

Exhibit 125 Declaration of Trista Moffett (sibling)

Exhibit 126 Declaration of Carmelo Anaya (sibling)

Exhibit 245 Anaya AR-15-6 Report

Exhibit 722 Anaya CEXC Report

**Bryan Anderson**

Exhibit 429 Declaration of Bryan Anderson

Exhibit 268 Bryan Anderson photographs

Exhibit 477 Bryan Anderson major medical records

Exhibit 267 Bryan Anderson medical summary

Exhibit 478 McGuigan orthopedic and medical evaluation

Exhibit 479 Green/Kleiman psychological and PTSD evaluation

Exhibit 480 Beveridge vocational evaluation

Exhibit 481 Economic evaluation for Bryan Anderson

Exhibit 482 James and Janet Waswo refused Declaration statement (parents)

Exhibit 483 Declaration of Bobby Anderson (sibling)

**Brian Beem**

Exhibit 438 Declaration of Brian Beem

Exhibit 296 Brian Beem medical summary

Exhibit 522 Brian Beem major medical records

Exhibit 523 McGuigan orthopedic and medical evaluation

Exhibit 524 Green/Kleiman psychological and PTSD evaluation

Exhibit 525 Beveridge vocational evaluation

Exhibit 526 Economic evaluation for Brian Beem

Exhibit 439 Declaration of Elizabeth Beem (spouse)

Exhibit 440 Declaration of Cassandra Beem (child)

Exhibit 441 Declaration of Kaitlyn Beem (child)

Exhibit 442 Declaration of Kelly Beem (child)

Exhibit 528 Declaration of Cynthia Colon (sibling)

Exhibit 529 Declaration of Joseph Beem Jr. (sibling)

**<u>Durrell Bennett</u>**

Exhibit 380 Bennett Estate Appointment

Exhibit 696 Economic evaluation for Durrell Bennett

Exhibit 694 Declaration of Doris and Dempsey Bennett (parents)

Exhibit 695 Declaration of Darnell Bennett (sibling)


**<u>Nathan Beyers</u>**

Exhibit 419 Beyers Estate Appointment

Exhibit 740 Economic evaluation for Nathan Beyers

Exhibit 140 Declaration of Vanessa Beyers, individually and on behalf of minor child, EB (surviving spouse)

Exhibit 141 Declaration of Tim Beyers (parent)

Exhibit 142 Declaration of Sonja Beyers (step-parent)

Exhibit 143 Declaration of Tyler Beyers (sibling)


**<u>John Blickenstaff</u>**

Exhibit 109 Declaration of John Blickenstaff

Exhibit 711 John Blickenstaff major medical records

Exhibit 405 John Blickenstaff medical summary

Exhibit 712 McGuigan orthopedic and medical evaluation

Exhibit 713 Green/Kleiman psychological and PTSD evaluation

Exhibit 714 Beveridge vocational evaluation

Exhibit 715 Economic evaluation for John Blickenstaff

Exhibit 110 Declaration of Misty Blickenstaff (spouse)

Exhibit 111 Declaration of M.B., a minor, by Misty Blickenstaff

Exhibit 112 Declaration of C.B., a minor, by Misty Blickenstaff

Exhibit 113 Declaration of Pam Jones (parent)

Exhibit 114 Declaration of Trista Carter (sibling)

Exhibit 115 Declaration of Adrianne Blickenstaff (sibling)

Exhibit 116 Declaration of Jared Blickenstaff (sibling)

**John Botts**

Exhibit 31 Declaration of John Botts

Exhibit 515 John Botts major medical records

Exhibit 288 John Botts medical summary

Exhibit 516 McGuigan orthopedic and medical evaluation

Exhibit 517 Green/Kleiman psychological and PTSD evaluation

Exhibit 518 Beveridge vocational evaluation

Exhibit 519 Economic evaluation for John Botts

Exhibit 32 Declaration of Jennifer Botts (spouse)

Exhibit 33 Declaration of Dara and John S. Botts (parents)

Exhibit 34 Declaration of Elizabeth Botts Cunnigham (sibling)

**Adrian Butler**

Exhibit 259 Butler Estate Appointment

Exhibit 472 Economic evaluation for Eldridge Butler

Exhibit 423 Declaration of Peggy Donaldson (parent)

Exhibit 424 Declaration of Eldridge Butler (sibling)

**Brandon Byers**

Exhibit 443 Declaration of Brandon Byers

Exhibit 532 Brandon Byers major medical records

Exhibit 305 Brandon Byers medical summary

Exhibit 533 McGuigan orthopedic and medical evaluation

Exhibit 534 Green/Kleiman psychological and PTSD evaluation

Exhibit 535 Beveridge vocational evaluation

Exhibit 536 Economic evaluation for Brandon Byers

Exhibit 444 Declaration of Megan Byers (spouse)

Exhibit 537 Declaration of Cameron Byers (child)


**Jonathan Cadavero**

Exhibit 327 Cadavero Estate Appointment

Exhibit 577 Economic evaluation for Jonathan Cadavero

Exhibit 47 Declaration of Nadia Cadavero (parent)

Exhibit 48 Declaration of David Cadavero (parent)

Exhibit 49 Declaration of Kristia Markarian (sibling)


**Roland Calderon**

Exhibit 273 Calderon Estate Appointment

Exhibit 488 Economic evaluation for Roland Calderon

Exhibit 6 Declaration of Mirtha Ponce, individually and on behalf of ALC and ADC, minor children (surviving spouse)

Exhibit 7 Declaration of Rosa Milagro Ascencio (parent)

Exhibit 8 Declaration of Saul Rauda (parent)

Exhibit 9 Declaration of Evelyn Rauda (sibling)

Exhibit 10 Declaration of Jasmyn Rauda (sibling)

Exhibit 11 Declaration of Yeny Rauda (sibling)


**Joshua Cope**

Exhibit 39 Declaration of Joshua Cope

Exhibit 547 Joshua Cope major medical records

Exhibit 310 Joshua Cope medical summary

Exhibit 548 McGuigan orthopedic and medical evaluation

Exhibit 549 Green/Kleiman psychological and PTSD evaluation

Exhibit 550 Beveridge vocational evaluation

Exhibit 551 Economic evaluation for Joshua Cope

Exhibit 40 Declaration of Erica Cope (surviving spouse)

Exhibit 41 Declaration of Erica Cope on behalf of LC, a minor child

Exhibit 42 Declaration of Linda and Philip Cope (parents)

Exhibit 43 Declaration of Jacob Cope (sibling)

Exhibit 44 Declaration of Jonathan Cope (sibling)


**Eric Cottrell**

Exhibit 655 Declaration of Brandy Cottrell (sibling)


**Josh Craven**

Exhibit 463 Declaration of Josh Craven

Exhibit 728 Josh Craven major medical records

Exhibit 416 Josh Craven medical summary

Exhibit 729 McGuigan orthopedic and medical evaluation

Exhibit 730 Green/Kleiman psychological and PTSD evaluation

Exhibit 731 Beveridge vocational evaluation

Exhibit 732 Economic evaluation for Josh Craven

Exhibit 464 Declaration of Holly Craven (spouse)


**Duncan Crookston**

Exhibit 376 SIGACT Report for 9-4-2007 EFP attack

Exhibit 377 Casualty Report for Crookston

Exhibit 378 Crookston Estate Appointment

Exhibit 663 Economic evaluation for Duncan Crookston

Exhibit 662 Declaration of Leesha Crookston (parent)


**Louis Dahlman**

Exhibit 62 Declaration of Louis Dahlman

Exhibit 605 Dahlman major medical records

Exhibit 335 Dahlman medical summary

Exhibit 606 McGuigan orthopedic and medical evaluation

Exhibit 607 Green/Kleiman psychological and PTSD evaluation

Exhibit 608 Beveridge vocational evaluation

Exhibit 609 Economic evaluation for Louis Dahlman

Exhibit 63 Declaration of Kay Stockdale (parent)

Exhibit 64 Declaration of Amber Dahlman Ahrens (child)

Exhibit 610 Declaration Lucas Dahlman (sibling)

**<u>Sean Diamond</u>**

Exhibit 410 Diamond Estate Appointment

Exhibit 721 Economic evaluation for Sean Diamond

Exhibit 117 Declaration of Loramay Diamond (surviving spouse) individually and on behalf of A.N.D., a minor child

Exhibit 120 Declaration of Sally (Diamond) Wiley (parent)

Exhibit 121 Declaration of James "Michael" Wiley (step-parent)

Exhibit 118 Declaration of Taylor Diamond (child)

Exhibit 119 Declaration of Madison Diamond (child)

Exhibit 122 Declaration of Michael Diamond (sibling)

Exhibit 123 Declaration of Jason Diamond (sibling)

**<u>James Donaldson</u>**

Exhibit 422 Declaration of James Donaldson

Exhibit 255 Photographs submitted by James Donaldson

Exhibit 466 Donaldson major medical records

Exhibit 256 Major medical summary

Exhibit 467 McGuigan orthopedic and medical evaluation

Exhibit 468 Green/Kleiman psychological and PTSD evaluation

Exhibit 469 Beveridge vocational evaluation

Exhibit 470 Economic evaluation for James Donaldson


**Jonathan Edds**

Exhibit 373 Edds Estate Appointment

Exhibit 457 Declaration of Barry and Julia Edds (parents)

Exhibit 458 Declaration of Joel Edds (sibling)


**Norman Forbes**

Exhibit 462 Declaration of Norman Forbes

Exhibit 686 Forbes major medical records

Exhibit 389 Major medical summary

Exhibit 687 McGuigan orthopedic and medical evaluation

Exhibit 688 Green/Kleiman psychological and PTSD evaluation

Exhibit 689 Beveridge vocational evaluation

Exhibit 690 Economic evaluation for Norman Forbes


**Joshua Ford**

Exhibit 282 Ford Estate Appointment

Exhibit 510 Economic evaluation for Joshua Ford

Exhibit 27 Declaration of Lonnie Ford (parent)

Exhibit 28 Declaration of Linda Mattison Ford (step-parent)

Exhibit 29 Declaration of Jessica Marie (Ford) Mattison (sibling)

Exhibit 30 Declaration of Shawn Ford (sibling)


**Joseph Gage**

Exhibit 306 Gage Estate Appointment

Exhibit 543 Economic evaluation for Joseph Gage

Exhibit 542 Declaration of Julia Rosa (sibling)

Exhibit 38 Declaration of Randy Gage (parent)


**Derek Gagne**

Exhibit 446 Declaration of Derek Gagne

Exhibit 562 Gagne major medical records

Exhibit 318 Major medical summary

Exhibit 563 McGuigan orthopedic and medical evaluation

Exhibit 564 Green/Kleiman psychological and PTSD evaluation

Exhibit 565 Beveridge vocational evaluation

Exhibit 566 Economic evaluation for Derek Gagne


**Shawn Gajdos**

Exhibit 342 Gajdos Estate Appointment

Exhibit 627 Economic evaluation for Shawn Gajdos


**Zacharia Gonzalez**

Exhibit 368 Gonzalez Estate Appointment

Exhibit 653 Economic evaluation for Zacharia Gonzalez

Exhibit 651 Declaration of Benedict Gonzales (parent)

Exhibit 843 Declaration of Laura Gonzalez (parent)

Exhibit 652 Declaration of Jake Gonzalez (sibling)


**Jerral Hancock**

Exhibit 452 Declaration of Jerral Hancock

Exhibit 617 Hancock major medical records

Exhibit 340 Major medical summary

Exhibit 618 McGuigan orthopedic and medical evaluation

Exhibit 619 Green/Kleiman psychological and PTSD evaluation

Exhibit 620 Beveridge vocational evaluation

Exhibit 621 Economic evaluation for Jerral Hancock

Exhibit 622 Declaration of Stacie Tscherny (parent) on behalf of A.H. and J.H., minors

Exhibit 453 Declaration of Stacie Tscherny (parent)


**Blake Harris**

Exhibit 329 Harris Estate Appointment

Exhibit 583 Economic evaluation for Blake Harris

Exhibit 582 Declaration of Deborah Harris (parent)


**Gary Henry**

Exhibit 716 Declaration of Gary Henry (parent)


**Keith Kline**

Exhibit 358 Kline Estate Appointment

Exhibit 645 Economic evaluation for Keith Kline

Exhibit 79 Declaration of Betsy Kline (parent)

Exhibit 80 Declaration of John Kline (sibling)


**David Knapp**

Exhibit 387 Knapp Estate Appointment

Exhibit 685 Economic evaluation for Knapp

Exhibit 684 Declaration of Jeanette Knapp


**Christopher Kube**

Exhibit 366 Kube Estate Appointment

Exhibit 891 Economic evaluation for Christopher Kube

Exhibit 81 Declaration of Debbie Otte (parent)

Exhibit 82 Declaration of David Kube (parent)

Exhibit 83 Declaration of Jonathan Kube (sibling)

Exhibit 84 Declaration of Jessica Kube (sibling)

Exhibit 85 Declaration of Jason Kube (sibling)

Exhibit 86 Declaration of Jennifer Kube (sibling)

**Eric Lill**

Exhibit 361 Lill Estate Appointment

Exhibit 890 Economic evaluation for Eric Lill

Exhibit 76 Declaration of Anthony Lill (parent)

Exhibit 77 Declaration of Charmaine Lill (parent)

Exhibit 78 Declaration of Kortne (Lill) Jones (sibling)

**Luigi Marciante, Jr.**

Exhibit 381 Marciante Estate Appointment

Exhibit 669 Economic evaluation for Luigi Marciante, Jr.

Exhibit 666 Declaration of Stephanie Marciante (surviving spouse) individually and on behalf of L.M., a minor

Exhibit 667 Declaration of Luigi and Maria Marciante (parents)

Exhibit 668 Declaration of Enza Marciante Balestri (sibling)

**Saul Martinez**

Exhibit 50 Declaration of Saul Martinez

Exhibit 51 Declaration of Sarah Martinez

Exhibit 590 Martinez major medical records

Exhibit 332 Major medical summary

Exhibit 591 McGuigan orthopedic and medical evaluation

Exhibit 592 Green/Kleiman psychological and PTSD evaluation

Exhibit 593 Beveridge vocational evaluation

Exhibit 594 Economic evaluation for Saul Martinez


**Barry Mayo**

Exhibit 330 Mayo Estate Appointment

Exhibit 584 Economic evaluation for Barry Mayo

Exhibit 449 Declaration of John Mayo (parent)

Exhibit 450 Declaration of Andy Mayo (sibling)

Exhibit 451 Declaration of Rebecca Mayo (parent)


**Justin Mixon**

Exhibit 402 Mixon Estate Appointment

Exhibit 707 Economic evaluation for Justin Mixon

Exhibit 103 Declaration of Melinda and Walter Mixon (parents)

Exhibit 104 Declaration of Kimberly Spillyards (sibling)

Exhibit 105 Declaration of Kenneth Mixon (sibling)


**Joshua Modgling**

Exhibit 352 Modgling Estate Appointment

Exhibit 634 Economic evaluation for Joshua Modgling

Exhibit 632 Declaration of Keith Modgling (parent)

Exhibit 65 Declaration of Julie Montano (parent)

Exhibit 633 Declaration of Christoher Modgling (sibling)

Exhibit 66 Declaration of Michelle Modgling (sibling)

Exhibit 67 Declaration of Kellilynn Stuart (sibling)

Exhibit 68 Kenneth Schaffer (sibling)

**Daniel Morris**

Exhibit 313 Morris Estate Appointment

Exhibit 555 Economic evaluation for Daniel Morris

Exhibit 445 Declaration of Amy Morris (parent)

Exhibit 552 Declaration of Glenn Morris (parent)

**Andrew Nelson**

Exhibit 316 Nelson Estate Appointment

Exhibit 558 Economic evaluation for Andrew Nelson

Exhibit 557 Declaration of Kristi (Nelson) Pearson

**Nicholas Paupore**

Exhibit 14 Declaration of Nicholas Paupore

Exhibit 498 Paupore major medical records

Exhibit 280 Paupore major medical summary

Exhibit 499 McGuigan orthopedic and medical evaluation

Exhibit 500 Green/Kleiman psychological and PTSD evaluation

Exhibit 501 Beveridge vocational evaluation

Exhibit 502 Economic evaluation for Nicholas Paupore

Exhibit 15 Declaration of Maria Paupore (spouse)

Exhibit 16 Declaration of Cody Paupore (child)

Exhibit 17 Declaration of Mailey Paupore (child)

Exhibit 18 Declaration of Sharon Osborne (parent)

Exhibit 19 Declaration of Thomas Paupore (parent)

Exhibit 20 Declaration of Leslie Paupore Bueno (sibling)

**Cameron Payne**

Exhibit 348 Payne Estate Appointment

Exhibit 456 Declaration of Julie Payne (surviving spouse), individually and on behalf of A.L.P and K.P., minor children

Exhibit 629 Economic evaluation for Cameron Payne


**<u>Andrew Pearson</u>**

Exhibit 400 Pearson Estate Appointment

Exhibit 705 Economic evaluation for Andrew Pearson

Exhibit 704 Declaration of Jon Marie Pearson


**<u>Emily Perez</u>**

Exhibit 292 Perez Estate Appointment

Exhibit 521 Economic evaluation for Emily Perez

Exhibit 520 Declaration of Vicki and Daniel Perez (parents)

Exhibit 874 Declaration of Kevyn Perez (sibling)


**<u>Joshua Plocica</u>**

Exhibit 404 Plocica Estate Appointment

Exhibit 709 Economic evaluation for Joshua Plocica

Exhibit 106 Declaration of Lisa Thompson (parent)

Exhibit 107 Declaration of Lowell Keith Thompson (step-parent)

Exhibit 108 Declaration of Brenda Corbin


**<u>Joseph Richard</u>**

Exhibit 702 Declaration of Lois and Joseph Richard, Jr. (parents)

Exhibit 703 Declaration of Carmen Richard Billedeaux


**<u>Mark Rosenberg</u>**

Exhibit 392 Rosenberg Estate Appointment

Exhibit 700 Economic evaluation for Mark Rosenberg

Exhibit 697 Declaration of Julie Rosenberg (surviving spouse)

Exhibit 698 Declaration of Josh Rosenberg (child)

Exhibit 699 Declaration of Max Rosenberg (child)


**Ryan Russell**

Exhibit 331 Estate Appointment for Ryan Russell

Exhibit 586 Economic evaluation for Ryan Russell

Exhibit 585 Declaration of Kathy (Russell) and Thomas Moore (parent and step-parent, respectively)


**Jason Rzepa**

Exhibit 135 Declaration of Jason Rzepa

Exhibit 735 Rzepa major medical records

Exhibit 421 Rzepa major medical summary

Exhibit 736 McGuigan orthopedic and medical evaluation

Exhibit 737 Green/Kleiman psychological and PTSD evaluation

Exhibit 738 Beveridge vocational evaluation

Exhibit 739 Economic evaluation for Jason Rzepa

Exhibit 136 Declaration of Adrian Davis on behalf of K.R., a minor child

Exhibit 137 Declaration of Cassandra (spouse) individually and on behalf of C.R., a minor child

Exhibit 138 Declaration of Ann Rzepa (parent)

Exhibit 139 Declaration of David Shaidell (sibling)


**Brian Saaristo**

Exhibit 21 Declaration of Brian Saaristo

Exhibit 503 Saaristo major medical records

Exhibit 281 Saaristo major medical summary

Exhibit 504 McGuigan orthopedic and medical evaluation

Exhibit 505 Green/Kleiman psychological and PTSD evaluation

Exhibit 506 Beveridge vocational evaluation

Exhibit 507 Economic evaluation for Brian Saaristo

Exhibit 22 Declaration of Cheryl Saaristo (spouse)

Exhibit 23 Declaration of Leah Saaristo (child)

Exhibit 24 Declaration of Brian Saaristo, Jr. (child)

Exhibit 25 Declaration of Shirley Saaristo (parent)

Exhibit 26 Declaration of Brenda Angell (sibling)


**Richard Schild**

Exhibit 272 Schild Estate Appointment

Exhibit 485 Economic evaluation for Richard Schild

Exhibit 430 Declaration of Kay Schild (surviving spouse)

Exhibit 431 Declaration of Ke.S., a minor (child)

Exhibit 432 Declaration of Ko.S., a minor (child)

Exhibit 433 Declaration of Bruce Schild (sibling)

Exhibit 434 Declaration of Brooks Schild (sibling)


**Jason Schumann**

Exhibit 338 Schumann Estate Appointment

Exhibit 616 Economic evaluation for Jason Schumann

Exhibit 612 Declaration of Benjamin Schumann

Exhibit 615 Declaration of Kayla (Nelson) Oppegard (step-sibling)


**Nicholas Sowinski**

Exhibit 302 Sowinski Estate Appointment

Exhibit 531 Economic evaluation of Nicholas Sowinski

Exhibit 35 Declaration of Diane Sowinski (parent)

Exhibit 36 Declaration of Austin Sowinski (sibling)

Exhibit 37 Declaration of Jared Sowinski (sibling)


**<u>Blake Stephens</u>**

Exhibit 333 Stephens Estate Appointment

Exhibit 595 Economic evaluation for Blake Stephens

Exhibit 52 Declaration of Erin Dructor


**<u>Brandon Stout</u>**

Exhibit 320 Stout Estate Appointment

Exhibit 567 Economic evaluation for Brandon Stout

Exhibit 447 Declaration of Audrey Barber (surviving spouse)

Exhibit 877 Declaration of Stephanie Benefield (sibling)


**<u>John Takai</u>**

Exhibit 70 Declaration of John Takai

Exhibit 641 Takai major medical records

Exhibit 356 Takai medical records summary

Exhibit 644 McGuigan orthopedic and medical evaluation

Exhibit 645 Economic evaluation for John Takai

Exhibit 646 Green/Kleiman psychological and PTSD evaluation

Exhibit 648 Beveridge vocational evaluation

Exhibit 650 Economic evaluation for John Takai

Exhibit 71 Declaration of Mae Takai (spouse)

Exhibit 72 Declaration of Mae Takai on behalf of K.A.T. and I.A.T., minors (minor children)

Exhibit 73 Declaration of Jonamae Takai (child)

Exhibit 74 Declaration of Ninia Takai (child)

Exhibit 75 Declaration of Juan Takai (parent)

Exhibit 640 Declaration of Jermaine Takai (sibling)

**Brandon Teeters**

Exhibit 277 Teeters Estate Appointment

Exhibit 492 Economic evaluation for Brandon Teeters

Exhibit 436 Declaration of Tammy and Glenn Richard (parents)

Exhibit 437 Declaration of Heather Richard (sibling)

**William Thorne**

Exhibit 512 Declaration of Karen Thorne (parent)

**John Tollefson**

Exhibit 261 Tollefson Estate Appointment

Exhibit 474 Economic evaluation for John Tollefson

Exhibit 425 Declaration of Walter Tollefson (parent)

Exhibit 426 Declaration of Mary Steinman (parent)

Exhibit 427 Declaration of Kathryn (Tollefson) Miller (sibling)

**Andrew Tong**

Exhibit 459 Declaration of Andrew Tong

Exhibit 657 Tong major medical records

Exhibit 375 Tong medical records summary

Exhibit 658 McGuigan orthopedic and medical evaluation

Exhibit 659 Green/Kleiman psychological and PTSD evaluation

Exhibit 660 Beveridge vocational evaluation

Exhibit 661 Economic evaluation for Andrew Tong

**Teodora Torres**

Exhibit 279 Torres Estate Appointment

Exhibit 496 Economic evaluation for Teodoro Torres

Exhibit 495 Declaration of Yarrisa Torres (surviving spouse)


**Jose Ulloa**

Exhibit 420 Ulloa Estate Appointment

Exhibit 718 Economic evaluation for Jose Ulloa


**Omar Vazquez**

Exhibit 418 Vazquez Estate Appointment

Exhibit 734 Economic evaluation for Omar Vazquez

Exhibit 131 Declaration of Maria and Pablo Vazquez (parents)

Exhibit 132 Declaration of Marisel Vazquez (sibling)

Exhibit 133 Declaration of Javier Vazquez (sibling)

Exhibit 134 Declaration of Pablo Vazquez, Jr. (sibling)


**Travis Vendela**

Exhibit 144 Declaration of Travis Vendela

Exhibit 573 Vendela major medical records

Exhibit 325 Vendela medical records summary

Exhibit 574 McGuigan orthopedic and medical evaluation

Exhibit 575 Green/Kleiman psychological and PTSD evaluation

Exhibit 576 Economic evaluation for Travis Vendela

Exhibit 46 Declaration of Marianne Vendela (parent)


**Michelle Wager**

Exhibit 448 Declaration of Michelle Wager

Exhibit 568 Wager major medical records

Exhibit 322 Wager medical records summary

Exhibit 323 Wager photographs

Exhibit 569 McGuigan orthopedic and medical evaluation

Exhibit 570 Green/Kleiman psychological and PTSD evaluation

Exhibit 571 Economic evaluation for Michelle Wager


**Bryan Wagner**

Exhibit 461 Declaration of Bryan Wagner

Exhibit 678 Wagner major medical records

Exhibit 384 Wagner medical records summary

Exhibit 679 McGuigan orthopedic and medical evaluation

Exhibit 680 Green/Kleiman psychological and PTSD evaluation

Exhibit 681 Beveridge vocational evaluation

Exhibit 682 Economic evaluation for Bryan Wagner


**Dustin Wakeman**

Exhibit 370 Wakeman Estate Appointment

Exhibit 654 Economic evaluation for Dustin Wakeman

Exhibit 87 Declaration of Margaret and David Wakeman (parents)

Exhibit 88 Declaration of Zachary Wakeman


**Ian Weikel**

Exhibit 274 Weikel Estate Appointment

Exhibit 490 Economic evaluation for Ian Weikel

Exhibit 12 Declaration of Wendy Green (surviving spouse) individually and on behalf of J.T., a minor child

Exhibit 13 Declaration of Chad Weikel (sibling)


**Joshua Wells**

Exhibit 460 Declaration of Joshua Wells

Exhibit 674 Wells major medical records

Exhibit 382 Wells medical records summary

Exhibit 675 McGuigan orthopedic and medical evaluation

Exhibit 673 Green/Kleiman psychological and PTSD evaluation

Exhibit 676 Beveridge vocational evaluation

Exhibit 677 Economic evaluation for Joshua Wells

Exhibit 99 Declaration of Lydia Lantrip (parent)

Exhibit 100 Declaration of Billie Wells, Jr. (parent)

Exhibit 101 Declaration of Billie Wells, Jr. on behalf of J.L, a minor (child)

Exhibit 102 Declaration of David "Blake" Lantrip (sibling)


**Michael Wendling**

Exhibit 264 Wendling Estate Appointment

Exhibit 476 Economic evaluation for Michael Wendling

Exhibit 428 Declaration of Carrie and Randall Wendling


**Lucas White**

Exhibit 309 White Estate Appointment

Exhibit 546 Economic evaluation for Lucas White

Exhibit 454 Declaration of Jennifer White (surviving spouse)

Exhibit 544 Declaration of Julia and Lyle Brooks (parents)

Exhibit 545 Declaration of Marcus Ramos (step-sibling)


**Carlos Wilcox**

Exhibit 413 Wilcox Estate Appointment

Exhibit 727 Economic evaluation for Carlos Wilcox

Exhibit 127 Declaration of Charlene Wilcox (parent)

Exhibit 128 Declaration of Charles Wilcox III (sibling)

Exhibit 129 Declaration of Ona Wilcox (sibling)

Exhibit 130 Declaration of Bianca Wilcox (sibling)


**<u>LeRon Wilson</u>**

Exhibit 364 Wilson Estate Appointment

Exhibit 895 Economic evaluation for LeRon Wilson


**<u>William Zapfe</u>**

Exhibit 636 Declaration of Ed Zapfe (sibling)